**FILED**

06/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0664

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

WALTER JOEY OVERSTREET, )
)
    Plaintiff/Appellant, )
)
vs. )
)
ERIC FETTERHOFF, in his official )
and individual capacities, JOHN DOES 3-7, )
MONTANA HIGHWAY PATROL, )
and PARK COUNTY, MONTANA, )
a political subdivision, Bruce Becker, )
individually, and as Park County Attorney, )
Shannan Piccolo, individually, and as )
Deputy Park County Attorney, STATE OF )
MONTANA, and KENDRA LASSITER, )
Individually, and in her official capacity as )
Park County Attorney, )
)
    Defendants/Appellees. )
)

Cause No. DA 23-0664

ORDER GRANTING MOTION
TO WITHDRAW

Upon motion by Suzanne Marshall Malloy, and good cause showing, the motion to withdraw as attorney of record is hereby GRANTED.

IT IS ORDERED that Suzanne Marshall Malloy shall be allowed to withdraw as co-counsel for Walter Joey Overstreet.

IT IS FURTHER ORDERED that all filings shall continue to be served on Jami Rebsom.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc: Jami Rebsom
Elizabeth Leman
Jennifer Morgan
Mitchell Young
Suzanne Marshall Malloy

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 19 2024